FILED

02/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0424

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 22-0424

SHAWN FOWLER

Plaintiff/Appellee,

vs.

DEPARTMENT OF JUSTICE, MONTANA HIGHWAY PATROL

Defendant/Appellant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Appellant's Second Unopposed Motion for Extension of Time to file its opening brief and good cause shown,

IT IS HEREBY ORDERED that Appellant's Motion is GRANTED.

Appellant's opening brief will be due on or before April 19, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2023